```
 1  Joel E. Elkins (SBN 256020)
    jelkins@weisslawllp.com
 2  WEISSLAW LLP
    9107 Wilshire Blvd., Suite 450
 3  Beverly Hills, CA 90210
    Telephone: 310/208-2800
 4  Facsimile: 310/209-2348
 5
    Attorneys for Plaintiff
 6
    [Additional counsel on signature page]
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:17-cv-04489-WHO |
| Plaintiff, | CLASS ACTION |
| v. | |
| ROCKET FUEL INC., RANDY WOOTTON, MONTE ZWEBEN, RICHARD FRANKEL, SUSAN L. BOSTROM, RONALD E. F. CODD, WILLIAM ERICSON, CLARK KOKICH, JOHN LEWIS, SIZMEK INC., FUEL ACQUISITION CO., and VECTOR CAPITAL, | |
| Defendants. | |

### NOTICE CONCERNING RESOLUTION OF PLAINTIFF'S FEE AND EXPENSE APPLICATION

WHEREAS, on September 13, 2017, Plaintiff filed a Stipulation to Dismiss Action as Moot and Retaining Jurisdiction to Determine Plaintiff's Potential Joint Application for Fees and Expenses (the "Stipulation to Dismiss") dismissing the above-captioned action and reserving the right to submit an application for an award of attorneys' fees and reimbursement of expenses if his claim for fees and expenses could not be resolved through negotiations between Plaintiff's counsel and Defendants (the "Fee and Expense Application");

WHEREAS, on September 21, 2017, the Court granted the Stipulation to Dismiss and retained jurisdiction for the limited purpose of adjudicating a potential fee application;

WHEREAS, Plaintiff's counsel and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS, Plaintiff will not be submitting a Fee and Expense Application to the Court.

PLAINTIFF HEREBY SUBMITS NOTICE that no fee application will be filed in the above-captioned action, that there is no need to re-open the file, and this action should be considered dismissed and remain closed for all purposes consistent with the Court's Order entered on September 21, 2017.

Dated:  March 26, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**WEISSLAW LLP**

By: _____
Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Joel E. Elkins, hereby certify under penalty of perjury that on March 26, 2018, I caused a copy of the foregoing **NOTICE CONCERNING RESOLUTION OF PLAINTIFF'S FEE AND EXPENSE APPLICATION** to be served upon the following parties:

All Parties of Record (via CM/ECF)

_____
Joel E. Elkins

1
CERTIFICATE OF SERVICE